Argued and submitted July 30, affirmed September 1, 2004, petition for review denied January 25, 2005 (338 Or 16)

STATE OF OREGON,
*Respondent,*

*v.*

JOHNATHAN JASON STICKNEY,
*Appellant.*

C0202-31067; A118290

97 P3d 1205

Walter J. Ledesma, Senior Deputy Public Defender, argued the cause for appellant. With him on the brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services.

Janet A. Klapstein, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Ortega, Judges.

PER CURIAM

## PER CURIAM

Defendant, who was convicted of possession of a controlled, Schedule II, substance ORS 475.992, appeals, assigning error to (1) the trial court's denial of a motion to suppress; and (2) the sentencing court's imposition of a condition of probation, pursuant to ORS 137.076, requiring defendant to provide a blood or buccal sample for DNA typing purposes. We reject the first assignment of error without discussion. We reject the second assignment of error for the reasons set out in *State ex rel Juv. Dept. v. Mitchell,* 130 Or App 134, 880 P2d 958 (1994), *aff'd by an equally divided court,* 325 Or 479, *cert den,* 522 US 1004 (1997) (analyzing constitutionality of compelled blood draw of juvenile offender under ORS 419.507(11) (1991)), and *State ex rel Juv. Dept. v. Orozco,* 129 Or App 148, 878 P2d 432 (1994), *rev den,* 326 Or 58 (1997) (same).

Affirmed.